PAUL HASTINGS LLP
John P. Phillips (SBN 154412)
johnphillips@paulhastings.com
Sophie J. Sung (SBN 279056)
sophiesung@paulhastings.com
55 Second Street,
Twenty-Fourth Floor
San Francisco, California 94105
Telephone: (415) 856-7000
Facsimile: (415) 856-7100

Attorneys for Defendant
Trion Worlds, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AARON VAN FLEET, PAUL OVBERG, and JAMES LONGFIELD, individually and on behalf of all others similarly situated,<br><br>                Plaintiff,<br><br>   vs.<br><br>TRION WORLDS, INC.,<br>                Defendants. | No. 3:15-CV-04721-MEJ<br><br>**DEFENDANT TRION WORLDS, INC.'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS** |

To the Clerk of Court, plaintiffs AARON VAN FLEET, PAUL OVBERG, and JAMES LONGFIELD, and plaintiffs' attorneys of record:

Pursuant to Civil Local Rule 3-15, the undersigned, counsel of record for Defendant Trion Worlds, Inc. ("Trion"), certifies that as of this date, there are no persons, association of persons, firms, partnerships, corporations (including parent corporations) or other entities, other than Trion, related to defendant (i) having a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) having a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding.

DATED: October 13, 2015

PAUL HASTINGS LLP
John P. Phillips
Sophie J. Sung

By: /s/ John P. Phillips
JOHN P. PHILLIPS

Attorneys for Defendant
Trion Worlds, Inc.

# CERTIFICATE OF SERVICE

I am employed in the City and County of San Francisco, State of California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 55 Second Street, Twenty-Fourth Floor, San Francisco, California 94105-3441.

On October 13, 2015, I served the foregoing document(s) described as:

**DEFENDANT TRION WORLDS, INC.'S CERTIFICATION OF INTERESTED ENTITIES OR PERSON**

on the interested parties by placing a true and correct copy thereof in a sealed envelope(s), addressed as follows:

| | |
|---|---|
| Michael F. Ram, Esq.<br>Karl Olson, Esq.<br>Susan S. Brown, Esq.<br>RAM, OLSON, CEREGHINO &<br>KOPCZYNSKI LLP<br>555 Montgomery Street, Suite 820<br>San Francisco, CA 94111 | Venkat Balasubramani, Esq.<br>Sean M. McChesney, Esq.<br>FOCAL PLLC<br>800 Fifth Avenue, Suite 4100<br>Seattle, Washington, 98104 |

Toby J. Marshall, Esq.
TERRELL MARSHALL DAUDT &
WILLIE PLLC
936 North 34th Street, Suite 300
Seattle. Washington, 98103

Following ordinary business practices, the envelope was sealed and placed for collection by UPS on this date, and would, in the ordinary course of business, be retrieved by UPS for overnight delivery on October 14, 2015.

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on October 13, 2015, at San Francisco, California.

_____
Stephanie A. Kuhlman

-1-   CERTIFICATE OF SERVICE
No. 3:15-CV-04721-MEJ