RAM, OLSON, CEREGHINO & KOPCZYNSKI LLP
Michael F. Ram (SBN104805)
mram@rocklawcal.com
Karl Olson (SBN 104760)
kolson@rocklawcal.com
Susan S. Brown (SBN 287986)
sbrown@rocklawcal.com
555 Montgomery Street, Suite 820
San Francisco, California 94111
Telephone:  1(415) 433-4949
Facsimile:  1(415) 433-7311

Attorneys for Plaintiffs

PAUL HASTINGS LLP
John P. Phillips (SBN 154412)
johnphillips@paulhastings.com
Sophie J. Sung (SBN 279056)
sophiesung@paulhastings.com
55 Second Street
Twenty-Fourth Floor
San Francisco, CA  94105-3441
Telephone:  1(415) 856-7000
Facsimile:  1(415) 856-7100

Attorneys for Defendant
Trion Worlds, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| AARON VAN FLEET, PAUL OVBERG, and JAMES LONGFIELD, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>TRION WORLDS, INC.,<br><br>Defendant. | CASE NO. 3:15-cv-04721-MEJ<br><br>**JOINT STIPULATION EXTENDING TIME TO RESPOND TO COMPLAINT**<br><br>Judge:  Magistrate Judge Maria-Elena James<br><br>Complaint Filed:  September 8, 2015 |

1  Pursuant to Civil L.R. 6-1(a), Plaintiffs Aaron Van Fleet, Paul Ovberg, and James
2  Longfield ("Plaintiffs") and Defendant Trion Worlds, Inc. ("Trion"), through their respective
3  counsel, hereby stipulate as follows:

**WHEREAS**, Plaintiffs filed their Complaint against Trion on September 8, 2015, in the Superior Court of the State of California, Count of San Mateo (the "Complaint") (hereinafter the "Action");

**WHEREAS**, Plaintiffs served Trion with a copy of the Summons, Complaint and related documents on September 10, 2015;

**WHEREAS**, on October 13, 2015, Trion timely removed the Action to this Court and effectuated service of all necessary papers on the same date;

**WHEREAS**, Trion requests additional time to respond to the Complaint, to which Plaintiffs have agreed.

It is therefore stipulated and agreed, by and between Plaintiffs and Trion, that Trion's time to answer or otherwise respond to the Complaint is extended by thirty days, up to and including November 19, 2015.  All other requirements under the Federal Rules of Civil Procedure shall remain in place, and neither party will use this Stipulation as a basis to delay the prosecution or defense in this action.  The proposed time modification will not alter the date of any event or any deadline already fixed by Court order.

DATED:  October 15, 2015          RAM, OLSON, CEREGHINO & KOPCZYNSKI LLP
                                  Michael F. Ram
                                  Karl Olson
                                  Susan S. Brown


                                  By:      /s/ Susan S. Brown
                                       SUSAN S. BROWN
                                       555 Montgomery Street, Suite 820
                                       San Francisco, California 94111
                                       Telephone:  1(415) 433-4949
                                       Facsimile:  1(415) 433-7311

                                       Attorneys for Plaintiffs

| | | |
|---|---|---|
| 1 | DATED:  October 15, 2015 | PAUL HASTINGS LLP |
| | | John P. Phillips |
| 2 | | Sophie J. Sung |

By:      /s/ Sophie J. Sung
SOPHIE J. SUNG
55 Second Street
Twenty-Fourth Floor
San Francisco, CA  94105-3441
Tel: 1(415) 856-7000
Facsimile:  1(415) 856-7100

Attorneys for Defendant
Trion Worlds, Inc.

I, Sophie J. Sung, am the ECF User whose ID and password are being used to file this Joint Stipulation Extending Time to Respond to Complaint.  In compliance with Civil L.R. 5-1(i)(3), I hereby attest that Susan S. Brown has concurred in this filing.

## CERTIFICATE OF SERVICE

I, Rebecca Torres, declare:

I am a citizen of the United States and employed in San Francisco County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 55 Second Street, Twenty-Fourth Floor, San Francisco, California 94105-3441. On October 15, 2015, I served a copy of the within document(s):

**JOINT STIPULATION EXTENDING TIME TO RESPOND TO COMPLAINT**

☐ by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below on this date before 5:00 p.m.

☒ by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at San Francisco, California addressed as set forth below.

☐ by placing the document(s) listed above in a sealed _____ envelope and affixing a pre-paid air bill, and causing the envelope to be delivered to a _____ agent for delivery.

☐ by personally delivering the document(s) listed above to the person(s) at the address(es) set forth below.

Michael F. Ram, Esq.
Karl Olson, Esq.
Susan S. Brown, Esq.
RAM. OLSON, CEREGHINO & KOPCZYNSKI LLP
555 Montgomery Street, Suite 820
San Francisco, California 94111
Telephone: (415) 433-4949
Facsimile: (415) 433-7311

Toby J. Marshall, Esq.
TERRELL MARSHALL DAUDT & WILLIE PLLC
936 North 34th Street, Suite 300
Seattle, Washington 98103-8869
Telephone: (206) 816-6603
Facsimile: (206) 350-3528

Venkat Balasubramani, Esq.
FOCAL PLLC
800 Fifth Avenue, Suite 4100
Seattle, Washington 98104
Telephone: (206) 923-9282
Facsimile: (206) 260-3966

-2-

1   I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on October 15, 2015, at San Francisco, California.

*Rebecca Torres* (signature)

Rebecca Torres

CASE NO. 3:15-cv-04721-MEJ    CERTIFICATE OF SERVICE