RAM, OLSON, CEREGHINO & KOPCZYNSKI LLP
Michael F. Ram (SBN104805)
mram@rocklawcal.com
Karl Olson (SBN 104760)
kolson@rocklawcal.com
Susan S. Brown (SBN 287986)
sbrown@rocklawcal.com
555 Montgomery Street, Suite 820
San Francisco, California 94111
Telephone:  1(415) 433-4949
Facsimile:  1(415) 433-7311

Attorneys for Plaintiffs

PAUL HASTINGS LLP
John P. Phillips (SBN 154412)
johnphillips@paulhastings.com
Sophie J. Sung (SBN 279056)
sophiesung@paulhastings.com
55 Second Street
Twenty-Fourth Floor
San Francisco, CA  94105-3441
Telephone:  1(415) 856-7000
Facsimile:  1(415) 856-7100

Attorneys for Defendant
Trion Worlds, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| AARON VAN FLEET, PAUL OVBERG, and JAMES LONGFIELD, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>TRION WORLDS, INC.,<br><br>Defendant. | CASE NO. 3:15-cv-04721-WHA<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER REGARDING BRIEFING SCHEDULE FOR MOTION TO REMAND AND MOTION TO COMPEL ARBITRATION; REQUEST FOR STAY**<br><br>Judge:  Hon. William H. Alsup<br><br>Complaint Filed:  September 8, 2015 |

1      Pursuant to Civil L.R. 6-1(a), Plaintiffs Aaron Van Fleet, Paul Ovberg, and James
2 Longfield ("Plaintiffs") and Defendant Trion Worlds, Inc. ("Trion"), collectively, the "Parties",
3 through their respective counsel, stipulate to a modest scheduling adjustment to achieve two
4 goals: 1) align the briefing schedule on Plaintiffs' motion to remand with Defendants' anticipated
5 motion to compel arbitration; and 2) stay the need for any further response to the Complaint or
6 motion practice, including the need to file a Rule 12 motion to dismiss, until the Court rules on
7 the motion to remand or the motion to compel arbitration.
8      The Parties' Stipulation and Proposed Order are based on the following background and
9 procedural history:
10      Plaintiffs filed their Complaint against Trion on September 8, 2015, in the Superior Court
11 of the State of California, County of San Mateo (the "Complaint") (hereinafter the "Action");
12      On October 13, 2015, Trion timely removed the Action to this Court and served all
13 necessary papers on the same date;
14      On October 15, 2015, the Parties stipulated to extend Trion's time to answer or otherwise
15 respond to the Complaint by thirty days, up to and including November 19, 2015;
16      Trion anticipates filing a Motion to Compel Arbitration on November 19, 2015, which
17 Trion believes will satisfy its obligation to respond to the Complaint and preserve Trion's right to
18 respond to the substantive claims in the Complaint if and when such a response is necessary;
19      Plaintiffs' last day to file a Motion for Remand is November 12, 2015; and,
20      The Parties wish to align the briefing schedules for Trion's Motion to Compel Arbitration
21 and Plaintiffs' Motion for Remand.
22      It is therefore stipulated and agreed, by and between the Parties, that:
23         1. Plaintiffs' time to file a Motion for Remand is extended by seven days, up to and
24            including November 19, 2015;
25         2. Trion's response to Plaintiffs' Motion for Remand, and Plaintiffs' response to
26            Trion's Motion to Compel Arbitration, will be filed no later than December 10,
27            2015;
28         3. Plaintiffs' Reply In Support of Plaintiffs' Motion for Remand, and Trion's Reply

In Support of Trion's Motion to Compel Arbitration, will be filed no later than December 17, 2015;

4. The Parties will notice their respective motions for hearing on January 7, 2015;

5. Trion's obligation to file an answer or otherwise respond to the Complaint pursuant to Fed. R. Civ. P. 12(b) is stayed pending the Court's ruling on Plaintiffs' Motion for Remand and Trion's Motion to Compel Arbitration.

All other requirements under the Federal Rules of Civil Procedure shall remain in place, and neither party will use this Stipulation as a basis to delay the prosecution or defense in this action. The proposed time modification will not alter the date of any event or any deadline already fixed by Court order.

DATED: November 9, 2015         RAM, OLSON, CEREGHINO & KOPCZYNSKI LLP
                                Michael F. Ram
                                Karl Olson
                                Susan S. Brown


                                By:        /s/ Susan S. Brown
                                    SUSAN S. BROWN
                                    555 Montgomery Street, Suite 820
                                    San Francisco, California 94111
                                    Telephone:  1(415) 433-4949
                                    Facsimile:  1(415) 433-7311

                                    Attorneys for Plaintiffs

| | | |
|---|---|---|
| DATED: November 9, 2015 | PAUL HASTINGS LLP | |
| | John P. Phillips | |
| | Sophie J. Sung | |

By:      /s/ Sophie J. Sung
     SOPHIE J. SUNG
     55 Second Street
     Twenty-Fourth Floor
     San Francisco, CA  94105-3441
     Tel: 1(415) 856-7000
     Facsimile:  1(415) 856-7100

     Attorneys for Defendant
     Trion Worlds, Inc.

I, Sophie J. Sung, am the ECF User whose ID and password are being used to file this Joint Stipulation Extending Time to Respond to Complaint.  In compliance with Civil L.R. 5-1(i)(3), I hereby attest that Susan S. Brown has concurred in this filing.

IT IS SO ORDERED.

Dated:  November 10, 2015                                        _____
                                                               Hon. William Alsup
                                                             United States District Judge