UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

AARON VAN FLEET, et al.,

          Plaintiff(s),

  v.

TRION WORLDS, INC.,

          Defendant(s).

Case No: 15-cv-04721

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**
(CIVIL LOCAL RULE 11-3)

I, Toby J. Marshall, an active member in good standing of the bar of Supreme Court of Washington, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: All Plaintiffs in the above-entitled action. My local co-counsel in this case is Michael F. Ram, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| 936 North 34th Street, Suite 300<br>Seattle, Washington 98103-8869 | 555 Montgomery Street, Suite 820<br>San Francisco, California 94111 |
| MY TELEPHONE # OF RECORD:<br>(206) 816-6603 | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD:<br>(415) 433-4949 |
| MY EMAIL ADDRESS OF RECORD:<br>tmarshall@terrellmarshall.com | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD:<br>mram@rocklawcal.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 32726.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct*.

Dated: 11/12/15

                                          Toby J. Marshall
                                          APPLICANT

**ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY PRO HAC VICE**

IT IS HEREBY ORDERED THAT the application of Toby J. Marshall is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: November 17, 2015.

                                        UNITED STATES DISTRICT/MAGISTRATE JUDGE