1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

VAN FLEET ET AL,

       Plaintiff,

v.

TRION WORDS, INC.,

       Defendant.

                         /

No. C 15-04721 WHA

**NOTICE RE OPPORTUNITIES
FOR YOUNG ATTORNEYS**

      Counsel will please keep in mind the need to provide arguments and courtroom experience to the next generation of practitioners.  The Court will particularly welcome any lawyer with four or fewer years of experience to argue the upcoming motions.

Dated:   December 29, 2015.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE